RICK D. NAVARRETTE (CA Bar No. 122653)
rnavarrette@AlvaradoSmith.com
PATRICIO A. MARQUEZ (CA Bar No. 230694)
pmarquez@AlvaradoSmith.com
ALVARADOSMITH
A Professional Corporation
633 W. Fifth Street, Suite 1100
Los Angeles, CA 90071
Tel: (213) 229-2400
Fax: (213) 229-2499

Attorneys for Defendants
U.S. Bank National Association,
Successor in Interest to the Federal
Deposit Insurance Corporation as
Receiver for Downey Savings and Loan
Association, F.A. and DSL Service
Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORAZON PANGILINAN and EMILIANO PANGILINAN,<br><br>Plaintiffs,<br><br>v.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION; U.S. BANK, N.A.; SAN FRANCISCO MORTGAGE EXCHANGE; DSL SERVICE COMPANY; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: CV 11-02016 EMC<br><br>JUDGE:   Hon. Edward M. Chen<br><br>**JOINT STIPULATION EXTENDING STIPULATING DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**  ; ORDER<br><br>Action Filed:   March 23, 2011 |

///

///

///

///

///

///

---

JOINT STIPULATION EXTENDING STIPULATING DEFENDANTS' TIME TO RESPOND TO COMPLAINT
2084633.1

1  Pursuant to Local Rule 6-1(a), Defendants U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A. ("U.S. Bank") and DSL Service Company ("DSL") (collectively, "Defendants"), through their attorneys of record, AlvaradoSmith; and plaintiffs Corazon Pangilinan and Emiliano Pangilinan ("Plaintiffs"), through their attorneys of record, the Law Office of Uy and Henrioulle, agree and stipulate to a 15-day extension of Defendants' time to respond to Plaintiffs' Complaint.

Defendants' deadline to file a responsive pleading to Plaintiffs' Complaint was May 2, 2011, seven days after removal. Pursuant to the parties' agreement, Defendants shall now file a responsive pleading to Plaintiffs' Complaint on or before May 17, 2011, which responsive pleading may include a Rule 12(b)(6) motion.

Respectfully submitted,

DATED: April 27, 2011

ALVARADOSMITH
A Professional Corporation

By: /s/ Patricio A. Marquez
RICK D. NAVARRETTE
PATRICIO A. MARQUEZ
Attorneys for Defendants
U.S. Bank National Association, Successor in Interest to the Federal Deposit Insurance Corporation as Receiver for Downey Savings and Loan Association, F.A. and DSL Service Company

DATED: April 27, 2011

LAW OFFICE OF UY & HENRIOULLE

By: /s/ Ronald V. Uy
RONALD V. UY
Attorneys for Plaintiffs
CORAZON PANGILINAN and EMILIANO PANGILINAN

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

[Seal: UNITED STATES DISTRICT COURT — IT IS SO ORDERED — Judge Edward M. Chen]